UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

M.B., et al.,

                     **Plaintiffs,**                    22-CV-03266 (LGS)(SN)

    -against-                                   **ORDER**

**NEW YORK CITY DEPARTMENT OF
EDUCATION,**

                     **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 31, 2022, the parties informed the Court that they had reached a settlement in this matter and requested an additional 30 days to submit a stipulation of settlement. The following day, the Court granted that request, directing the parties to submit their joint stipulation no later than December 1, 2022. As of today, no such filing has been made. The parties are again directed to file their joint stipulation no later than December 15, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 9, 2022
                 New York, New York